# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00132-KDB

| | |
|---|---|
| **TEPY SUTUKH EL,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDREW M. SAUL, Commissioner of Social Security,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Consent Motion for Attorney's Fees pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) filed on March 13, 2020. (Doc. No. 19). It appearing that the parties have agreed, and having reviewed the motion, supporting materials, and the case file, the Court determines that Plaintiff should be awarded $3,690.00 in full and final settlement of attorney's fees and costs arising under the Equal Access to Justice Act (EAJA) U.S.C. § 2412(d).

Pursuant to the United States Supreme Court's ruling in *Astrue v Ratliff*, 130 S. Ct. 2521 (2010), these EAJA fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the federal government. If, subsequent to entry of the Consent Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's Counsel,

rather than to Plaintiff. If such a debt is present, then any remaining fee after offset will be payable to Plaintiff and delivered to Plaintiff's Counsel.

**IT IS THEREFORE ORDERED** that the Commissioner pay the sum of $3,690.00 in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412(d)(1)(A).

**SO ORDERED.**

Signed: March 16, 2020

Kenneth D. Bell
United States District Judge